# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DELORIS RANKINS, D-PROTEIN FOODS, LLC, a California Limited Liability Company, | Case No. 8:20-cv-01489-JWH-DFM |
| Plaintiff, | **ORDER ON STIPULATED PROTECTIVE ORDER** |
| vs. | Judge: John W. Holcomb |
| BIO-NUTRITIONAL RESEARCH GROUP, INC., a California Corporation,; and DOES 1 through 50, inclusive, | Trial Date: August 8, 2022 |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proposed Order.docx

1   The Court has read and considered the Parties' STIPULATED PROTECTIVE

2   ORDER and, finding good cause, ORDERS that: The STIPULATED PROTECTIVE

3   ORDER is hereby approved. IT IS SO ORDERED.

4

5   Dated:  June 21, 2021

6   _____

7   Honorable Douglas F. McCormick
    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Proposed Order.docx

THEODORA ORINGHER
COUNSELORS AT LAW